No. 76–6203.  TRZCINSKI *v.* UNITED STATES; and

No. 76–6242.  CIMASZEWSKI ET AL. *v.* UNITED STATES. C. A. 3d Cir.  Certiorari denied.

No. 76–6212.  PRICE *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 76–6224.  McCOY ET AL. *v.* UNITED STATES; and

No. 76–6225.  VAUGHN *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76–6228.  SILKMAN *v.* UNITED STATES ET AL.  C. A. 8th Cir.  Certiorari denied.

No. 76–6233.  JOHNSON ET AL. *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 76–6236.  HOWARD *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 76–6247.  SHADD *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 76–6255.  BRUGGER *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 76–6260.  CAVAZOS *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 76–6262.  WATSON *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 76–6266.  CALDWELL *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 76–6277.  MORGAN *v.* UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 76–6286.  SEGAL *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.